LAURENCE W. PARADIS (SBN: 122336)
ANNA LEVINE (SBN: 227881)
KARLA GILBRIDE (SBN: 264118)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

Attorneys for Plaintiff STEPHANIE ENYART

MICHAEL D. BRUNO (SBN: 166805)
BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ACT, INC.

*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC., ACT, INC., AND THE STATE BAR OF CALIFORNIA,<br><br>Defendants. | CASE NO. C09-05191 **CRB**<br><br>STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACT, INC.; [PROPOSED] ORDER THEREON |

Plaintiff, STEPHANIE ENYART ("Plaintiff"), and Defendants, NATIONAL CONFERENCE OF BAR EXAMINERS, INC. ("NCBE") and ACT, INC. ("ACT"), by and through their respective counsel, state as follows:

WHEREAS, Plaintiff has filed a Complaint in this action alleging disability discrimination against her in connection with the California Bar Examination, and in particular, the Multistate Bar Exam (MBE) and the Multistate Professional Responsibility Examination

(MPRE);

WHEREAS, Plaintiff has sought certain types of accommodations in connection with future administrations of the MBE and MPRE;

WHEREAS, ACT has administered the MPRE under a contract with NCBE, which developed this exam;

WHEREAS, the decision and authority with respect to whether to provide the particular accommodations sought by Plaintiff on the MPRE for future examinations rest with NCBE; and

WHEREAS, Plaintiff has named ACT as a party in this action based upon, *inter alia*, the possibility that ACT may be an indispensable party with respect to the delivery and/or administration of certain prospective injunctive relief requested in this action;

WHEREAS; ACT agrees to furnish to Plaintiff the accommodations if any, ordered by the Court in this action or which are agreed to by Plaintiff and NCBE therein;

NOW, THEREFORE, the Parties hereby AGREE and STIPULATE, and request that the Court order, as follows:

1. That Defendant ACT is dismissed, without prejudice, as a defendant in this action.

2. That ACT will abide by the final determination of the Court, including any injunctive relief, if granted, regarding accommodations which Plaintiff seeks with respect to the provision of testing accommodations in connection with any future administration of the MPRE in which ACT has any role or involvement.

3. By entering into this Stipulation, neither ACT nor NCBE makes any concession or waives any position regarding the merits of any claims or defenses asserted, or which may be asserted, in this action. In particular but without limitation, neither ACT nor NCBE makes any concession or waives any position or defense with respect to the propriety or reasonableness of the disability accommodations sought by Plaintiff in this action. To the contrary, NCBE

STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACT, INC.

expressly preserves all defenses and positions with respect to the allegations and claims made in this action.

IT IS SO STIPULATED.

Dated: November 25, 2009

Laurence W. Paradis
Anna Levine
Karla Gilbride
DISABILITY RIGHTS ADVOCATES

Attorneys for Plaintiff

Dated: November 25, 2009

Michael D. Bruno
Brian P. Maschler
GORDON & REES, LLP

Attorneys for Defendant
ACT, INC.

Dated: November 25, 2009

Gregory Tenhoff
COOLEY GODWARD KRONISH, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5054
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL CONFERENCE OF BAR EXAMINERS, INC.

STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACT, INC.

[Proposed] ORDER

IT IS SO ORDERED.

Dated: Dec. 8, 2009

Honorable Maria-Elena James
U.S. Magistrate Judge