1  LAURENCE W. PARADIS (SBN: 122336)
   ANNA LEVINE (SBN: 227881)
2  KARLA GILBRIDE (SBN: 264118)
   DISABILITY RIGHTS ADVOCATES
3  2001 Center Street, Third Floor
   Berkeley, CA 94704
4  Telephone: (510) 665-8644
   Facsimile: (510) 665-8511
5
   Attorneys for Plaintiff STEPHANIE ENYART
6
   MICHAEL D. BRUNO (SBN: 166805)
7  BRIAN P. MASCHLER (SBN: 111824)
   GORDON & REES LLP
8  275 Battery Street, Suite 2000
   San Francisco, CA 94111
9  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
10
   Attorneys for Defendant
11 ACT, INC.

12 *(Additional Counsel Listed on Signature Page)*

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 STEPHANIE ENYART                         ) CASE NO. C09-05191 **CRB**
                                            )
17              Plaintiff,                  ) STIPULATION RE: VOLUNTARY
                                            ) DISMISSAL WITHOUT
18         vs.                              ) PREJUDICE OF DEFENDANT
                                            ) ACT, INC.; [PROPOSED] ORDER
19 NATIONAL CONFERENCE OF BAR               ) THEREON
   EXAMINERS, INC., ACT, INC., AND THE      )
20 STATE BAR OF CALIFORNIA,                 )
                                            )
21              Defendants.                 )
                                            )
22 _____)

23         Plaintiff, STEPHANIE ENYART ("Plaintiff"), and Defendants, NATIONAL

24 CONFERENCE OF BAR EXAMINERS, INC. ("NCBE") and ACT, INC. ("ACT"), by and

25 through their respective counsel, state as follows:

26         WHEREAS, Plaintiff has filed a Complaint in this action alleging disability

27 discrimination against her in connection with the California Bar Examination, and in particular,

28 the Multistate Bar Exam (MBE) and the Multistate Professional Responsibility Examination

-1-

1 (MPRE);

2     WHEREAS, Plaintiff has sought certain types of accommodations in connection with
3 future administrations of the MBE and MPRE;

4     WHEREAS, ACT has administered the MPRE under a contract with NCBE, which
5 developed this exam;

6     WHEREAS, the decision and authority with respect to whether to provide the particular
7 accommodations sought by Plaintiff on the MPRE for future examinations rest with NCBE; and

8     WHEREAS, Plaintiff has named ACT as a party in this action based upon, *inter alia*, the
9 possibility that ACT may be an indispensable party with respect to the delivery and/or
10 administration of certain prospective injunctive relief requested in this action;

11     WHEREAS; ACT agrees to furnish to Plaintiff the accommodations if any, ordered by
12 the Court in this action or which are agreed to by Plaintiff and NCBE therein;

13     NOW, THEREFORE, the Parties hereby AGREE and STIPULATE, and request that the
14 Court order, as follows:

15     1.    That Defendant ACT is dismissed, without prejudice, as a defendant in this
16 action.

17     2.    That ACT will abide by the final determination of the Court, including any
18 injunctive relief, if granted, regarding accommodations which Plaintiff seeks with respect to the
19 provision of testing accommodations in connection with any future administration of the MPRE
20 in which ACT has any role or involvement.

21     3.    By entering into this Stipulation, neither ACT nor NCBE makes any concession
22 or waives any position regarding the merits of any claims or defenses asserted, or which may be
23 asserted, in this action. In particular but without limitation, neither ACT nor NCBE makes any
24 concession or waives any position or defense with respect to the propriety or reasonableness of
25 the disability accommodations sought by Plaintiff in this action. To the contrary, NCBE

-2-

STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACT, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  expressly preserves all defenses and positions with respect to the allegations and claims made in
2  this action.
3
4       IT IS SO STIPULATED.
5
6  Dated: November 25, 2009
7                                                    Laurence W. Paradis
                                                     Anna Levine
8                                                    Karla Gilbride
                                                     DISABILITY RIGHTS ADVOCATES
9
                                                     Attorneys for Plaintiff
10
11
   Dated: November 25, 2009
12
                                                     Michael D. Bruno
13                                                   Brian P. Maschler
                                                     GORDON & REES, LLP
14
                                                     Attorneys for Defendant
15                                                   ACT, INC.
16
17 Dated: November 25, 2009
18                                                   Gregory Tenhoff
                                                     COOLEY GODWARD KRONISH, LLP
19                                                   Five Palo Alto Square
                                                     3000 El Camino Real
20                                                   Palo Alto, CA 94306-2155
                                                     Telephone: (650) 843-5054
21                                                   Facsimile: (650) 857-0663
22
                                                     Attorneys for Defendant
23                                                   NATIONAL CONFERENCE OF BAR
                                                     EXAMINERS, INC.
24
25
26
27
28

STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACT, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

[~~Proposed~~] ORDER

IT IS SO ORDERED.

Dated: Dec. 8, 2009

~~Honorable Maria-Elena James~~
~~U.S. Magistrate Judge~~

-4-

STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACT, INC.