COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant NATIONAL CONFERENCE OF BAR EXAMINERS, INC.

DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (122336) (lparadis@dralegal.org)
ANNA LEVINE (227881) (alevine@dralegal.org)
KARLA GILBRIDE (264118) (kgilbride@dralegal.org)
2001 Center Street, Third Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

LABARRE LAW OFFICES, P.C.
SCOTT C. LABARRE (pro hac vice admission granted)
1660 S. Albion Street, Ste 918
Denver, CO 80222
Telephone: (303) 504-5979
Facsimile: (303) 757-3640
Email: slabarre@labarrelaw.com

BROWN, GOLDSTEIN & LEVY, LLP
DANIEL F. GOLDSTEIN (pro hac vice admission granted)
dfg@browngold.com
MEGHAN SIDU (pro hac vice admission granted)
ms@browngold.com
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869

Attorneys for Plaintiff STEPHANIE ENYART

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Enyart v. National Conference of Bar Examiners, Inc.*, Case No.: C09-05191 CRB
**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56**
820088 v4/HN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC.<br><br>Defendant. | Case No. C 09-05191 MEJ<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56**<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: November 3, 2009 |

## I. ACTION REQUESTED

The parties to the above-captioned case, plaintiff STEPHANIE ENYART and defendant NATIONAL CONFERENCE OF BAR EXAMINERS ("NCBE"), jointly move for administrative relief from General Order No. 56 ("the Order"), pursuant to Local Rule 7-11, on the basis that the Order is inapplicable to the instant matter. The parties also seek relief from the Order so that the parties may brief a motion by plaintiff for preliminary injunction, and engage in discovery and other proceedings related to that motion, pursuant to their Joint Discovery and Scheduling Plan. The reasons supporting this joint-request for administrative relief are set forth below.

## II. GENERAL ORDER NO. 56

At the time this case was filed, it was designated as subject to the Order. The Order, at the time this case was filed, establishes a framework designed to encourage the early settlement of access cases relating to physical access barriers. Among other things, the Order provides the

---

*Enyart v. National Conference of Bar Examiners, Inc.*, Case No.: C09-05191 CRB
**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56**

1

820088 v4/HN

following:

- no later than one hundred (100) days after the filing of the complaint, the parties shall meet in person at the subject premises at issue;
- the parties shall complete initial disclosures no later than seven (7) days prior to this joint inspection;
- the parties shall meet and confer in person, at the joint inspection or within ten (10) business days thereafter, to discuss all claimed violations;
- the plaintiff shall specify all claimed premises violations and the desired remediation;
- the defendant shall specify whether it is willing to remediate and whether defendant agrees with plaintiff's proposed remediation or has an alternate proposal;
- if the parties agree on remediation, the plaintiff shall submit a statement of damages, including all claims for attorneys' fees and costs and make a demand for settlement;
- if the parties cannot settle the case within forty-five (45) days of the joint site inspection, the plaintiff shall file a "Notice for Need for Mediation," and the parties are then referred to the Court's ADR department for mediation;
- if mediation is unsuccessful, the plaintiff shall file a motion for administrative relief, requesting an initial case management conference;
- the parties are not permitted to engage in discovery or other proceedings prior to these stages.

The Order provides that "any party who wishes to be relieved of any requirement of this order may file a motion for administrative relief pursuant to Local Rule 7-11."

### III. STIPULATION THAT GENERAL ORDER NO. 56 DOES NOT APPLY TO THE ABOVE-CAPTIONED CASE

**IT IS HEREBY STIPULATED** between and among plaintiff STEPHANIE ENYART and defendant NCBE, by and through their respective counsel of record, subject to the approval of the Court, which plaintiff and defendant jointly request, as follows:

*Enyart v. National Conference of Bar Examiners, Inc.*, Case No.: C09-05191 CRB
**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56**

2

820088 v4/HN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

**WHEREAS**, plaintiff filed this action in the United States District Court, Northern District of California, on November 3, 2009;

**WHEREAS**, after conferring by telephone and email pursuant to Federal Rule of Civil Procedure 26(f), the parties executed and filed a "F.R.C.P 26(f) Joint Discovery and Scheduling Plan" on November 25, 2009;

**WHEREAS**, the parties thereafter stipulated to the voluntary dismissal without prejudice of all defendants except NCBE;

**WHEREAS**, through this suit, plaintiff seeks to obtain accommodations for her alleged disability on the Multistate Professional Responsibility Exam ("MPRE") and the Multi-State Bar Examination ("MBE");

**WHEREAS**, plaintiff is seeking only injunctive relief in the form of an order requiring defendant to provide plaintiff with the accommodations that she has requested for these two exams, and there are therefore no "premises" at which to meet for joint inspection;

**WHEREAS**, under the terms of the Joint Discovery and Scheduling Plan, the parties served their initial disclosures pursuant to FRCP 26(a) on November 30, 2009;

**WHEREAS**, plaintiff has already specified, and defendant considered, all claimed violations and the desired remediation through requests for accommodations, through previous internal administrative appeals, as well as through contact between counsel;

**WHEREAS**, plaintiff has applied to take the February 2010 California Bar Exam, which commences February 23, 2010, and includes the MBE, and she accordingly intends to file a motion for preliminary injunction for an order requiring defendant to provide the requested accommodations on the California Bar examination and the MPRE examination pending a trial on the merits (which NCBE opposes);

**WHEREAS**, through their Joint Discovery and Scheduling Plan, the parties have agreed to a briefing and hearing schedule under which plaintiff's motion for preliminary injunction and all papers in support thereof shall be filed and personally served on defendant' counsel on or before December 24, 2009, which is inconsistent with the terms of the Order;

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Enyart v. National Conference of Bar Examiners, Inc.*, Case No.: C09-05191 CRB
**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56**

3

820088 v4/HN

WHEREAS, the parties have commenced discovery under the terms they agreed to in their Joint Discovery and Scheduling Plan, which is inconsistent with the terms of the Order;

WHEREAS, the parties' Joint Discovery and Scheduling Plan includes an agreement to "stipulate to an administrative motion pursuant to Local Rule 7-11 that General Order No. 56 does not apply to the above-captioned case for the reasons to be set forth in the stipulated motion"; and

WHEREAS, since filing the Joint Discovery and Scheduling Plan, the parties have agreed to January 29, 2009, not less than 35 days after the date for filing, service, and notice of Plaintiff's motion for preliminary injunction under the Joint Discovery and Scheduling Plan, as the hearing date on Plaintiff's motion for preliminary injunction, which allows for the Court to hear Plaintiff's motion for preliminary injunction within the time required by Local Rule 7-2(a), and not on shortened time;

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

The Parties Stipulate that General Order No. 56 does not apply to the above-captioned case for the reasons set forth above.

Respectfully submitted:

DATED: December 17, 2009

DISABILITY RIGHTS ADVOCATES

_____
Anna Levine
Attorneys for STEPHANIE ENYART

Dated: December 17, 2009

COOLEY GODWARD KRONISH LLP

_____
Wendy J. Brenner
Attorneys for NATIONAL CONFERENCE OF BAR EXAMINERS, INC.

*Enyart v. National Conference of Bar Examiners, Inc.*, Case No.: C09-05191 CRB
STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56

820088 v4/HN

4

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE ENYART<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC., ACT, INC., AND THE STATE BAR OF CALIFORNIA,<br><br>Defendant. | Case No. C 09-05191 MEJ<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: November 3, 2009 |

Having read and considered the foregoing stipulation by the parties moving for an order granting administrative relief from General Order No. 56, and the Court having found that good cause exists pursuant to Local Rule 7-11;

**IT IS SO ORDERED** that

1. The parties are granted administrative relief from General Order No. 56;
2. Plaintiffs may file, and the parties may brief, plaintiff's motion for preliminary injunction pursuant to the schedule set forth in their Joint Discovery and Scheduling Plan, and the parties may engage in discovery and other proceedings related to that motion.



_____
CHARLES R. BREYER
United States District Judge,
Northern District of California

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644