LAURENCE W. PARADIS (CA Bar No. 122336)
lparadis@dralegal.org
ANNA LEVINE (CA Bar No. 227881)
alevine@dralegal.org
KARLA GILBRIDE (CA Bar No. 264118)
kgilbride@dralegal.org
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
TTY:  (510) 665-8716

SCOTT C. LABARRE (admitted pro hac vice)
slabarre@labarrelaw.com
LABARRE LAW OFFICES, P.C.
1660 S. Albion Street, Ste 918
Denver, CO 80222
Telephone:  (303) 504-5979
Fax:  (303) 757-3640

DANIEL F. GOLDSTEIN (admitted pro hac vice)
dfg@browngold.com
MEHGAN SIDHU (admitted pro hac vice)
ms@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:  (410) 962-1030
Fax:  (410) 385-0869

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART<br><br>Plaintiff,<br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC.,<br><br>Defendant. | Case No.: C09-05191 CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE DEFENDANT'S NAME IN DOCKET<br><br>Judge: Hon. Charles R. Breyer |

1   Having read and considered the foregoing stipulation by the parties, and the
2   Court having found that good cause exists;
3   The Clerk of Court is directed to change the name of the defendant in this action
4   as it appears in the docket to the "National Conference of Bar Examiners."
5   Pursuant to the stipulation of the parties, IT IS SO ORDERED.



Charles R. Breyer
United States District, Judge.
Northern District of California

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

---

*Enyart v. National Conference of Bar Examiners, et al.*, Case No.: C09-05191 CRB
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE DEFENDANT'S NAME IN DOCKET

1