1  DISABILITY RIGHTS ADVOCATES
2  LAURENCE W. PARADIS (122336) (lparadis@dralegal.org)
   ANNA LEVINE (227881) (alevine@dralegal.org)
3  KARLA GILBRIDE (264118) (kgilbride@dralegal.org)
   2001 Center Street, Third Floor
4  Berkeley, CA 94704
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511

6  LABARRE LAW OFFICES, P.C.
7  SCOTT C. LABARRE (*pro hac vice*)
   1660 S. Albion Street, Ste 918
8  Denver, CO 80222
   Telephone:    (303) 504-5979
9  Facsimile:    (303) 757-3640
   Email:        slabarre@labarrelaw.com
10

11 BROWN, GOLDSTEIN & LEVY, LLP
   DANIEL F. GOLDSTEIN (*pro hac vice*)
12 dfg@browngold.com
   MEGHAN SIDU (pro hac vice)
13 ms@browngold.com
   120 E. Baltimore St., Suite 1700
14 Baltimore, MD 21202
   Telephone:    (410) 962-1030
15 Facsimile:    (410) 385-0869

16 Attorneys for Plaintiff STEPHANIE ENYART
17

18 COOLEY LLP
   GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)
   WENDY J. BRENNER (198608) (brennerwj@cooley.com)
19 LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
   Five Palo Alto Square
20 3000 El Camino Real
   Palo Alto, CA 94306-2155
21 Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
22

23 FULBRIGHT & JAWORSKI L.L.P.
   ROBERT A. BURGOYNE (rburgoyne@fulbright.com) (*pro hac vice*)
24 801 Pennsylvania Avenue, N.W.
   Suite 500
25 Washington, D.C. 20004
   Telephone: (202) 662-0200
26 Facsimile: (202) 662-4643

27 Attorneys for Defendant NATIONAL CONFERENCE OF BAR
   EXAMINERS
28

884464 v5/HN

1

JOINT STIPULATION RE: AMEND. TO CASE
MGMT. CONF. STMT. & [PROPOSED]ORDER,
CASE NO. C-09-05191 CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC.,<br><br>Defendant. | Case No.  C09-05191-CRB<br><br>**JOINT STIPULATION RE: AMENDMENT TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>**JUDGE: HON. CHARLES R. BREYER** |

The Parties, by and through their respective counsel, hereby stipulate as follows:

1.      On May 20, 2010, the Parties, by and through their respective counsel, submitted a Joint Case Management Conference Statement which, among other things, provided for a proposed discovery cut-off date for the completion of non-expert discovery of November 5, 2010. It does not appear from the Court's docket that the Court subsequently ordered that all non-expert discovery be completed by that date.

2.      In the meantime,  appeals are currently pending before the Ninth Circuit Court of Appeals from this Court's two previous preliminary injunction orders.  The appeals have been consolidated and have been fully briefed, and the Parties are awaiting a date for oral argument before the Ninth Circuit, which is expected shortly.

884464 v5/HN

1        3.     In light of the appeals, the Parties jointly seek additional time to complete non-expert discovery.  Accordingly, the Parties hereby stipulate to extend the non-expert discovery cut-off date from November 5, 2010, to February 4, 2011 (which is currently the stipulated discovery cut-off date for expert discovery).  The Parties further stipulate to extend the deadline for expert witness disclosures from December 3, 2010 to January 10, 2011, and to extend the deadline for rebuttal expert witness disclosures from January 7, 2011 to January 24, 2011.  The remaining dates set forth in the Joint Case Management Conference Statement shall remain unaffected by this Stipulation (without waiver of either Party's right to seek modification by way of noticed motion of any pending Court date, including the trial date).

        4.     The Parties also agree that, absent further agreement by the Parties, Defendant NCBE will respond to Plaintiff's previously-served First Request for Production of Documents, and First Set of Interrogatories, on or before November 10, 2010.

//

//

JOINT STIPULATION RE: AMEND. TO CASE
MGMT. CONF. STMT. & [PROPOSED]ORDER,
CASE NO. C09-CV-05191

884464 v5/HN

1    IT IS SO STIPULATED:

2    Dated: October /2, 2010                 DISABILITY RIGHTS ADVOCATES
                                             LAURENCE W. PARADIS (122336)
3                                            CARLA GILBRIDE (264118)

4

5                                            LAURENCE W. PARADIS (122336)
                                             Attorneys for Plaintiff
6

7

8

9    Dated: October 12, 2010                 COOLEY LLP
                                             GREGORY C. TENHOFF (154553)
10                                           WENDY J. BRENNER (198608)
                                             LAURA A. TERLOUW (260708)
11

12

13                                           WENDY J. BRENNER (198608)
                                             Attorneys for NCBE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2   IT IS SO ORDERED:

3   Dated: Oct. 14, 2010

4   _____
    CHARLES R. BREYER, JUDGE OF THE U.S.
    DISTRICT COURT



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: AMEND. TO CASE
MGMT. CONF. STMT. & [PROPOSED]ORDER,
CASE NO. C09-CV-05191

884464 v5/HN