# EXHIBIT B

No. 10-15286

No. 10-16392

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STEPHANIE ENYART,

*Plaintiff-Appellee,*

versus

NATIONAL CONFERENCE OF BAR EXAMINERS,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California, San Francisco Division
The Honorable Charles R. Breyer
District Court Case No. C09-05191

## NOTICE OF MPRE RESULTS

DISABILITY RIGHTS
ADVOCATES
Laurence W. Paradis (122336)
lparadis@dralegal.org
Kevin Knestrick (229620)
kknestrick@dralegal.org
Karla Gilbride (264118)
kgilbride@dralegal.org
2001 Center Street, Third Floor
Berkeley, CA 94704
Phone: (510) 665-8644
Fax:    (510) 665-8511

BROWN, GOLDSTEIN & LEVY, LLP
Daniel F. Goldstein
dfg@browngold.com
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Phone: (410) 962-1030
Fax:    (410) 385-0869

LABARRE LAW OFFICES, P.C.
Scott C. LaBarre
slabarre@labarrelaw.com
1660 S. Albion Street, Suite 918
Denver, CO  80222
Phone:  (303) 504-5979
Fax:      (303) 757-3640

*Attorneys for Plaintiff-Appellee Stephanie Enyart*

# NOTICE OF MPRE RESULTS

In accordance with the Clerk's Order dated October 15, 2010, Plaintiff-Appellee Stephanie Enyart hereby notifies the Court that the results of the August 6, 2010 MPRE were published on September 8, 2010. The MPRE score that Ms. Enyart received was sufficiently high to qualify her for admission to the Bar in California if all other eligibility criteria are met.

The results of the July 2010 California Bar Exam will be publicly released on November 21, 2010. Ms. Enyart will notify this Court of her results no later than November 22, 2010.

Dated: October 18, 2010   DISABILITY RIGHTS ADVOCATES

By: /s/ Karla Gilbride

Attorneys for Plaintiff-Appellee