# EXHIBIT C

No. 10-15286

No. 10-16392

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STEPHANIE ENYART,

*Plaintiff-Appellee,*

versus

NATIONAL CONFERENCE OF BAR EXAMINERS,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Northern District of California, San Francisco Division
The Honorable Charles R. Breyer
District Court Case No. C09-05191

---

**NOTICE OF July 2010 California Bar Exam RESULTS**

---

DISABILITY RIGHTS ADVOCATES
Laurence W. Paradis (122336)
lparadis@dralegal.org
Anna Levine (227881)
alevine@dralegal.org
Karla Gilbride (264118)
kgilbride@dralegal.org
2001 Center Street, Third Floor
Berkeley, CA  94704
Phone:  (510) 665-8644
Fax:     (510) 665-8511

BROWN, GOLDSTEIN & LEVY, LLP
Daniel F. Goldstein
dfg@browngold.com
120 E. Baltimore St., Suite 1700
Baltimore, MD  21202
Phone:  (410) 962-1030
Fax:     (410) 385-0869

LABARRE LAW OFFICES, P.C.
Scott C. LaBarre
slabarre@labarrelaw.com
1660 S. Albion Street, Suite 918
Denver, CO 80222
Phone: (303) 504-5979
Fax:    (303) 757-3640

*Attorneys for Plaintiff-Appellee Stephanie Enyart*

## NOTICE OF July 2010 California Bar Exam RESULTS

In accordance with the Clerk's Order dated October 15, 2010, Plaintiff-Appellee Stephanie Enyart hereby notifies the Court that the results of the July 2010 California Bar Exam were released to test takers on November 19, 2010, and a list of candidates passing the exam was made available to the public on November 21, 2010. Ms. Enyart did not achieve a passing score on the July 2010 California Bar Exam.

Dated: November 22, 2010        DISABILITY RIGHTS ADVOCATES

                                By:   /s/ Karla Gilbride

                                Attorneys for Plaintiff-Appellee

1