# EXHIBIT L

## Anna Levine

**From:** Anna Levine
**Sent:** Wednesday, January 05, 2011 4:56 PM
**To:** 'BRENNERWJ@cooley.com'
**Cc:** 'Daniel F. Goldstein'; 'Scott C. LaBarre'

Dear Wendy,

Please see the attached letter and proposed draft stipulations.

Thank you,


Anna



Anna Levine, Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204

510 665 8644 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.

# DRA
**DISABILITY RIGHTS ADVOCATES**
A non-profit corporation

2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe LLP*
Leslie Aoyama
*Nordstrom Inc.*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein, Demchak, Baller, Borgen & Dardarian*
Benjamin Foss
*Intel Corporation*
Lucy Lee Helm
*Starbucks Coffee Company*
Pat Kirkpatrick
*Fundraising Consultant*
Joshua Konecky
*Schneider Wallace Cottrell Brayton Konecky LLP*
Janice L. Lehrer-Stein
*Consultant*
Bonnie Lewkowicz
*Access Northern California*
Jessica Lorenz
*Independent Living Resource Center San Francisco*
Laurence Paradis
*Disability Rights Advocates*
Eugene Alfred Pinover
*Willkie Farr & Gallagher LLP*
Cristina Rubke
*Shartsis Friese LLP*
Michael P. Stanley
*Legal Consultant*

**ATTORNEYS AND FELLOWS**
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Kevin Knestrick
*Supervising Staff Attorney*
Mary-Lee Kimber Smith
*Staff Attorney*
Anna Levine
*Staff Attorney*
Ronald Elsberry
*Staff Attorney*
Julia Pinover
*Staff Attorney*
Karla Gilbride
*Staff Attorney*
Becca Von Behren
*Staff Attorney*
Rebecca Williford
*LD Access / Ryder Foundation Fellow*
Elizabeth Leonard
*Penn Law Public Interest Fellow*
Kara Werner
*John W Carson / LD Access Fellow*

**ADVISORY BOARD**
Joseph Cotchett
*Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
*Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
*Ziffren, Brittenham & Branca*
Karen Kaplowitz
*New Ellis Group*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Roisman Henel LLP*
Guy T. Saperstein
Todd Schneider
*Schneider Wallace Cottrell Brayton Konecky LLP*
Fernando M. Torres-Gil, Ph.D.
*University of Calif. Los Angeles*
Gerald Uelmen
*Santa Clara University School of Law*

Via Email

Wendy Brenner
Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

December 29, 2010

Re:   ***Enyart v. National Conference of Bar Examiners***
       **Proposed Preliminary Injunction Order**

Dear Wendy,

Attached with this letter you will find two draft stipulations. One includes both provisions regarding the software that will be provided through a further preliminary injunction order, and provisions that would take the place of the previously requested availability of someone with administrative privileges (the draft with "no motion" in its document title). The other draft does not include the latter provisions, but instead reserves Stephanie's right to seek further modifications from the court (the draft with "motion" in its document title).

We have not yet received any response from NCBE regarding our letter of December 29, 2010 on the issue of software that NCBE will provided for the February 2011 administration of the MBE. Our preference is to resolve all issues regarding accommodations on the February MBE by stipulation. However, failing to do that, Stephanie needs to move for an injunction by the end of this week to get the accommodations she needs in place in time for the February test administration.

Through your letter dated December 23, 2010, we understand that the question of administrative privileges also remains unresolved. We have pursued this issue in an effort to address specific problems that have arisen in Stephanie's experience of prior test administrations. Your assurance in your letter dated December 23, 2010 that "When the laptop leaves NCBE, it will be in working order," is not supported by those experiences: on no prior exam administration has Stephanie ever received a laptop in working order. We do not believe that making available a NCBE or State Bar person with administrative privileges compromises the security of the exam. Our goal, however, is a meaningful opportunity to fix identified problems, if any, that require, for example, software programs to be uninstalled and reinstalled in a

different order. If in fact the laptop is in working order, the issue will not arise. But if there is such a problem, we do not want Stephanie left in a position where the agreed upon pre-test inspection affords her only a longer time to reflect on the fact that there will again be a problem that interferes with the accessibility of the test and that will not be fixed prior to the exam.

In an effort to avoid going back to court, we have drafted an alternative potential solution, which is contained in the attached draft stipulation. Under this proposed stipulation, if and only if a problem requiring it is identified, the laptop will be returned to NCBE to be fixed in time for the exam, rather than having someone available on-site with the administrative privileges necessary to fix the laptop.

I hope that this solution addresses NCBE's concerns and that we can finalize an agreement fully addressing the further preliminary injunction order. In light of time constraints, please respond by 12 pm, tomorrow, as to whether NCBE will enter into either of these proposed agreements.

Sincerely,


/s/ Anna Levine

Enclosures (2)

LAURENCE W. PARADIS (CA Bar No. 122336)
lparadis@dralegal.org
ANNA LEVINE (CA Bar No. 227881)
alevine@dralegal.org
KARLA GILBRIDE (CA BAR NO. 264118)
kgilbride@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA  94704
Telephone:  (510) 665-8644
Facsimile:    (510) 665-8511
TTY:           (510) 665-8716

SCOTT C. LABARRE (pro hac vice)
LABARRE LAW OFFICES, P.C.
1660 S. Albion Street, Ste 918
Denver, Colo 80222
Telephone:  (303) 504-5979
Fax:           (303) 757-3640
slabarre@labarrelaw.com

DANIEL F. GOLDSTEIN (pro hac vice)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:  (410) 962-1030
Fax:           (410) 385-0869

Attorneys for Plaintiff

[add defense counsel to caption]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1  | STEPHANIE ENYART

2

3  |       Plaintiff,

4  | v.

5  | NATIONAL CONFERENCE OF BAR
   | EXAMINERS,

6  |       Defendant.

Case NO. C09-05191

**NOTICE OF STIPULATION AND
AGREEMENT BETWEEN STEPHANIE
ENYART AND NATIONAL
CONFERENCE OF BAR EXAMINERS
REGARDING FEBRUARY 2011
ADMINISTRATION OF MULTISTATE
BAR EXAM**

1    The parties to the above-captioned action, Plaintiff Stephanie Enyart and

2  Defendant National Conference of Bar Examiners (hereinafter, "the Parties"), jointly

3  stipulate and agree as follows:

4

5        1.  With respect to the February 2011 administration of the California Bar exam,

6            NCBE shall provide the State Bar of California, Committee of Bar Examiners

7            (the "State Bar") with the Multistate Bar Examination ("MBE") loaded onto a

8            laptop computer equipped with Windows XP, Word 2003, JAWS version 12

9            and MAGic version 11 software, with the examination displayed in 14-point

10           Arial font.

11       2.  NCBE shall deliver the NCBE laptop to the State Bar for arrival on or before

12           February 17, 2011, and request the State Bar to make the NCBE-provided

13           laptop available to Ms. Enyart and a technical expert of her choice (the

14           "technical expert") on February 17, 2011 for inspection and set-up. Inspection

15           and set-up shall include permission to connect Ms. Enyart's monitor,

16           keyboard and mouse (the "peripherals") to the NCBE laptop and to test the

17           functionality of JAWS and MAGic to ensure that all software and hardware on

18           the system are functioning properly.

19       3.  NCBE shall request the State Bar to make the NCBE-provided laptop

20           available to Ms. Enyart and a technical expert of her choice again on

21           February 21, 2011 for set up in the secure testing area. Set up shall include

22           permission to connect the peripherals to the NCBE laptop and to again test

23           the functionality of JAWS and MAGic to ensure that all software and hardware

24           on the system are functioning properly.

25       4.  NCBE will make an NCBE representative knowledgeable about the

26           configuration of the NCBE laptop available by telephone on February 17,

27           2011 and February 21, 2011, at a pre-established, mutually convenient time

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Enyart v. National Conference of Bar Examiners, et al.,* Case No.:
NOTICE OF STIPULATION AND AGREEMENT

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1    between 8:30 a.m. and 4:00 p.m. CST, to work with Ms. Enyart and the

2    technical expert on troubleshooting any technical or compatibility issues.

3    5.  NCBE will permit the laptop computer to remain set up with the peripherals

4        connected in the testing room from February 21, 2011 through the

5        administration of the MBE to Ms. Enyart on February 26 and 27, 2011, with

6        storage and security of the NCBE laptop being ensured by State Bar

7        personnel. In the event the State Bar declines to provide any of the

8        accommodations specified in this order, counsel are to notify the court one

9        week prior to the date of the commencement of the Bar examination.

10    6.  The State Bar shall be responsible for custody of, and access to, the laptop

11        once it is delivered to the State Bar. All decisions with respect to the

12        administration of the examination shall rest with the State Bar. The MBE shall

13        be administered by the State Bar with the above accommodations pursuant to

14        the Stipulation Regarding Dismissal Without Prejudice of Defendant State Bar

15        of California; Order Thereon filed with the Court on December 9, 2009.

16    7.  Plaintiff shall post an additional cash bond in the amount of $5,000 with the

17        Clerk of the Court by July 1, 2010, and deposited into the registry of the

18        Court.

19    8.  Plaintiff reserves the right to move this Court for other modifications to the

20        prior injunctions issued in this case that are not covered by this stipulation.

21

22    Respectfully Submitted,

23

24

25    Dated:        January __, 2011        DISABILITY RIGHTS ADVOCATES

26                                          By:    /s/ Laurence Paradis

27

28

*Enyart v. National Conference of Bar Examiners, et al.,* **Case No.:**
**NOTICE OF STIPULATION AND AGREEMENT**

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LABARRE LAW OFFICES, P.C.

By:    /s/  Scott Labarre


BROWN, GOLDSTEIN AND LEVY, PLLC

By:    /s/  Daniel F. Goldstein



Attorneys for Plaintiff


COOLEY GODWARD KRONISH LLP

By:     /s/  Wendy J. Brenner


Attorneys for Defendant

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Enyart v. National Conference of Bar Examiners, et al.,* **Case No.:**
**NOTICE OF STIPULATION AND AGREEMENT**

3

LAURENCE W. PARADIS (CA Bar No. 122336)
lparadis@dralegal.org
ANNA LEVINE (CA Bar No. 227881)
alevine@dralegal.org
KARLA GILBRIDE (CA BAR NO. 264118)
kgilbride@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA  94704
Telephone:  (510) 665-8644
Facsimile:   (510) 665-8511
TTY:          (510) 665-8716

SCOTT C. LABARRE (pro hac vice)
LABARRE LAW OFFICES, P.C.
1660 S. Albion Street, Ste 918
Denver, Colo 80222
Telephone:  (303) 504-5979
Fax:          (303) 757-3640
slabarre@labarrelaw.com

DANIEL F. GOLDSTEIN (pro hac vice)
dfg@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:  (410) 962-1030
Fax:          (410) 385-0869

Attorneys for Plaintiff

[add defense counsel to caption]

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA, 94704-1204
(510) 665-8644

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE ENYART

           Plaintiff,

v.

NATIONAL CONFERENCE OF BAR
EXAMINERS,

           Defendant.

Case NO. C09-05191

**NOTICE OF STIPULATION AND
AGREEMENT BETWEEN STEPHANIE
ENYART AND NATIONAL
CONFERENCE OF BAR EXAMINERS
REGARDING FEBRUARY 2011
ADMINISTRATION OF MULTISTATE
BAR EXAM**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

The parties to the above-captioned action, Plaintiff Stephanie Enyart and Defendant National Conference of Bar Examiners (hereinafter, "the Parties"), jointly stipulate and agree as follows:

1. With respect to the February 2011 administration of the California Bar exam, NCBE shall provide the State Bar of California, Committee of Bar Examiners (the "State Bar") with the Multistate Bar Examination ("MBE") loaded onto a laptop computer equipped with Windows XP, Word 2003, JAWS version 12 and MAGic version 11 software, with the examination displayed in 14-point Arial font.

2. NCBE shall deliver the NCBE laptop to the State Bar for arrival on or before February 17, 2011, and request the State Bar to make the NCBE-provided laptop available to Ms. Enyart and a technical expert of her choice (the "technical expert") on February 17, 2011 for inspection and set-up. Inspection and set-up shall include permission to connect Ms. Enyart's monitor, keyboard and mouse (the "peripherals") to the NCBE laptop and to test the functionality of JAWS and MAGic to ensure that all software and hardware on the system are functioning properly.

3. NCBE shall request the State Bar to make the NCBE-provided laptop available to Ms. Enyart and a technical expert of her choice again on February 21, 2011 for set up in the secure testing area. Set up shall include permission to connect the peripherals to the NCBE laptop and to again test the functionality of JAWS and MAGic to ensure that all software and hardware on the system are functioning properly.

4. NCBE will make an NCBE representative knowledgeable about the configuration of the NCBE laptop available by telephone on February 17, 2011 and February 21, 2011, at a pre-established, mutually convenient time

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

between 8:30 a.m. and 4:00 p.m. CST, to work with Ms. Enyart and the technical expert on troubleshooting any technical or compatibility issues.

5. The NCBE representative available by telephone will not use his or her administrative privileges in any way, nor will he or she transfer that ability. In the event that the NCBE representative, technical expert, and Ms. Enyart identify a problem on February 17, 2011, which cannot be resolved absent the use of administrative privileges, the NCBE shall arrange for the return of the laptop to NCBE, and will maintain an open line of communication with the technical expert and Ms. Enyart while working to resolve the problem offsite. NCBE will deliver the laptop back to the State Bar by Monday, February 21, 2011 for set up in the secure testing area, pursuant to paragraph 3.

6. NCBE will permit the laptop computer to remain set up with the peripherals connected in the testing room from February 21, 2011 through the administration of the MBE to Ms. Enyart on February 26 and 27, 2011, with storage and security of the NCBE laptop being ensured by State Bar personnel. In the event the State Bar declines to provide any of the accommodations specified in this order, counsel are to notify the court one week prior to the date of the commencement of the Bar examination.

7. The State Bar shall be responsible for custody of, and access to, the laptop once it is delivered to the State Bar. All decisions with respect to the administration of the examination shall rest with the State Bar. The MBE shall be administered by the State Bar with the above accommodations pursuant to the Stipulation Regarding Dismissal Without Prejudice of Defendant State Bar of California; Order Thereon filed with the Court on December 9, 2009.

8. Plaintiff shall post an additional cash bond in the amount of $5,000 with the Clerk of the Court by July 1, 2010, and deposited into the registry of the Court.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1

2    Respectfully Submitted,

3

4

5    Dated:        January __, 2011            DISABILITY RIGHTS ADVOCATES

6                                             By:    /s/  Laurence Paradis

7

8                                             LABARRE LAW OFFICES, P.C.

9                                             By:    /s/  Scott Labarre

10

11                                            BROWN, GOLDSTEIN AND LEVY, PLLC

12                                            By:    /s/  Daniel F. Goldstein

13

14

15                                            Attorneys for Plaintiff

16

17        COOLEY GODWARD KRONISH LLP

18        By:        /s/  Wendy J. Brenner

19

20

21        Attorneys for Defendant

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Enyart v. National Conference of Bar Examiners, et al.*, Case No.:
NOTICE OF STIPULATION AND AGREEMENT

4