# EXHIBIT M

## Anna Levine

**From:** Anna Levine
**Sent:** Friday, January 07, 2011 12:08 PM
**To:** 'Tenhoff, Gregory'
**Cc:** 'Brenner, Wendy'
**Subject:** RE: Enyart/NCBE: Technical Issues

Hi Greg,

I have asked Clara Van Gerven from NFB to give Kent Brye a call.

Thanks,

Anna


Anna Levine, Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204

510 665 8644 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.

-----Original Message-----
**From:** Tenhoff, Gregory [mailto:TENHOFFGC@cooley.com]
**Sent:** Friday, January 07, 2011 11:43 AM
**To:** Anna Levine
**Cc:** Brenner, Wendy
**Subject:** RE: Enyart/NCBE: Technical Issues

> Hi Anna – you're correct that we would like the IT people to talk about alternatives to Ms. Enyart's request to have someone with administrative privileges physically present during the February examination. I would suggest that the IT person simply call Kent Brye at the NCBE directly at 608-280-8550, ext. 3030. I won't be able to be on this call due to other matters but I'm hoping the tech people can come up with a tentative solution that we then can get approved by our respective clients.
>
> On the stipulation, I must defer to Wendy Brenner since she has been handling this issue. She is currently in client meetings but we expect her back in the office by around 2:00 pm. I will have her get in touch then.

Thanks.

**Gregory C. Tenhoff**
**Cooley LLP**
**3175 Hanover Street**
**Palo Alto, CA 94304-1130**
**Direct: (650) 843-5054 • Fax: (650) 849-7400**
E-mail: tenhoffgc@cooley.com
Bio: www.cooley.com/tenhoff

---

**From:** Anna Levine [mailto:alevine@dralegal.org]
**Sent:** Friday, January 07, 2011 10:36 AM
**To:** Tenhoff, Gregory
**Cc:** Brenner, Wendy
**Subject:** RE: Enyart/NCBE: Technical Issues

Greg,

We agree that it would make sense for the IT people to talk directly, and are working to try to make someone available before 1pm PST.

Given the progress that's already been made, I'd like to clarify that what the tech people are going to talk about is Stephanie's request for accommodations related to solving potential technical problems that come up (alternatives regarding her request for the availability of someone with administrative privileges), in an effort to have the parties resolve everything regarding potential arrangements for the February 2011 bar examination by stipulation.

Because today would be the deadline under the local rules for plaintiff's motion for further provisions, and NCBE is unwilling to stipulate to a modification of the briefing schedule, we would like to continue to finalize the stipulation on all other issues, while adding language to the last provision about plaintiff reserving the right to file a motion, to say that the parties continue to try to resolve an additional issue by stipulation, and plaintiff reserves the right to file a motion on that additional issue if unable to resolve it by stipulation.

Let me know if we can do so, and I will get back to you shortly with further information regarding the availability of an IT person.

Thanks,


Anna



Anna Levine, Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204

510 665 8644 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply

e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.

-----Original Message-----
**From:** Tenhoff, Gregory [mailto:TENHOFFGC@cooley.com]
**Sent:** Friday, January 07, 2011 9:36 AM
**To:** Anna Levine
**Cc:** Brenner, Wendy
**Subject:** Enyart/NCBE: Technical Issues
**Importance:** High

Hi Anna – I know you've been working with Wendy Brenner regarding potential arrangements for the February 2011 bar examination the Enyart matter. It seems to us that both sides would benefit from having their IT people talk directly to each other about what can, and cannot, be done to see if agreement can be reached. To that end, the NCBE's IT staffers are ready, willing and able to talk with your IT people today. One of these staffers is only available until 1:00 pm PST so if you're interested, we should make this happen quickly.

Please let me know if you would like to set up this call and we'll make it happen.

Thanks.

**Gregory C. Tenhoff**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Direct: (650) 843-5054 • Fax: (650) 849-7400
E-mail: tenhoffgc@cooley.com
Bio: www.cooley.com/tenhoff

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.