# EXHIBIT A

## Brenner, Wendy

| | |
|---|---|
| From: | Daniel F. Goldstein [dfg@browngold.com] |
| Sent: | Thursday, March 04, 2010 9:37 AM |
| To: | Brenner, Wendy |
| Cc: | Tenhoff, Gregory |
| Subject: | RE: ACT |

Stephanie's letter provides no contact information, so we are still at square one in finding someone to talk to about setting up tomorrow rather than Saturday morning. Larry has a call into Brian Maschler at Gordon Rees, but I suspect that someone at NCBE can put us on the right track. Thanks.


Daniel F. Goldstein
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410)962-1030
(410)385-0869 (fax)
443-923-1314 (direct dial)
dfg@browngold.com
www.browngold.com


Celebrating our 25th Anniversary 1984 – 2009

Please consider the environment before printing this email.


Confidentiality Notice

This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of the Addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any dissemination or copying of this e-mail, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you have received this e-mail in error, please notify me immediately by use of the Reply button, and then delete the e-mail from your system. Thank you!

---

**From:** Brenner, Wendy [mailto:BRENNERWJ@cooley.com]
**Sent:** Wednesday, March 03, 2010 5:46 PM
**To:** Daniel F. Goldstein
**Subject:** ACT

Did Stephanie get a letter from ACT re her test administration? If so, then she should start by contacting the person who signed that letter. That person should know about her administration details.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA 94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

1

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

2