# EXHIBIT B

## Brenner, Wendy

| | |
|---|---|
| **From:** | Tenhoff, Gregory |
| **Sent:** | Monday, June 07, 2010 7:06 AM |
| **To:** | Brenner, Wendy |
| **Subject:** | Fw: proposed Order |
| **Attachments:** | (79) 2nd Amended Proposed Order P's Mtn for PI.pdf |

Gregory C. Tenhoff
Cooley Godward Kronish LLP
5 Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5054
(650) 849-7400 (fax)
tenhoffgc@cooley.com

---

**From:** Daniel F. Goldstein <dfg@browngold.com>
**To:** Tenhoff, Gregory
**Cc:** Larry Paradis (lparadis@dralegal.org) <lparadis@dralegal.org>; Karla Gilbride <kgilbride@dralegal.org>; Mehgan Sidhu <ms@browngold.com>; Anna Levine <alevine@dralegal.org>; slabarre@labarrelaw.com <slabarre@labarrelaw.com>
**Sent:** Mon Jun 07 06:36:10 2010
**Subject:** proposed Order
Greg,
So that we can get an order to Judge Breyer as he requested, do you want to take a look at the last proposed order we submitted and give me your thoughts?
Best,
Dan

Daniel F. Goldstein
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410)962-1030
(410)385-0869 (fax)
443-923-1314 (direct dial)
dfg@browngold.com
www.browngold.com

Celebrating our 25th Anniversary 1984 – 2009

Please consider the environment before printing this email.

Confidentiality Notice

This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of the Addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any dissemination or copying of this e-mail, or taking of any action in reliance on the information contained

1

herein, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by use of the Reply button, and then delete the e-mail from your system.  Thank you!

LAURENCE W. PARADIS (California Bar No. 122336)
ANNA LEVINE  (California Bar No. 227881)
KARLA GILBRIDE (California Bar No. 264118)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

SCOTT LABARRE (*pro hac vice*)
LABARRE LAW OFFICES, P.C.
1660 S. Albion Street, Ste 918
Denver, Colorado  80222
Telephone:    (303) 504-5979
Fax:          (303) 757-3640

DANIEL F. GOLDSTEIN (*pro hac vice*)
MEHGAN SIDHU (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, Maryland 21202
Telephone:    (410) 962-1030
Fax:          (410) 385-0869

Attorneys for Plaintiff

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC.,<br><br>Defendant. | Case No. C 09-05191 CRB<br><br>**SECOND AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Charles R. Breyer<br>Action Filed:  November 3, 2009 |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1    Upon consideration of Plaintiff's Motion for a Second Preliminary Injunction,

2  Defendant's opposition thereto, the accompanying memoranda, and the evidence

3  received in support and in opposition thereof, and for the reasons set forth by the Court

4  following the argument of counsel, it is this _____ day of _____ hereby

5  ordered that National Conference of Bar Examiners (NCBE) shall provide Ms. Enyart

6  with the following accommodations on the August 6, 2010 administration of the

7  Multistate Professional Responsibility Examination (MPRE) and the July 27 to August 1,

8  2010 administration of the Multistate Bar Examination (MBE) (collectively, "the

9  Examinations"):

10    (a) Double the standard time;

11    (b) A private room;

12    (c) One five minute break every hour;

13    (d) A scribe to fill in the answers;

14    (e) The Examinations loaded onto a laptop computer equipped with JAWS and

15  ZoomText  Software, with the exam questions displayed in Ariel 14-point font.

16    Additionally, NCBE shall permit Ms. Enyart to use all of the following during the

17  Examinations as accommodations, all of which shall be brought to the Examinations by

18  Ms. Enyart:

19    (f) An ergonomic keyboard

20    (g) A trackball mouse

21    (h) A large monitor

22    (i) Her own lamp to control lighting conditions

23    (j) Sunglasses

24    (k) A yoga mat

25    (l) Large print digital clock

26    (m) Migraine medication

27

28

---

*Enyart v. National Conference of Bar Examiners, Inc.,* **Case No.: C 09-05191 CRB**
**SECOND AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1

Case 3:09-cv-05191-CRB Document 79 Filed 05/21/10 Page 6 of 6

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1  The ergonomic keyboard, trackball mouse, and monitor shall be devoid of any

2  storage devices or storage mechanisms and NCBE does not guarantee the

3  interoperability of such devices with the computer it provides. The MPRE shall be

4  administered by ACT with the above accommodations pursuant to the Stipulation Re:

5  Voluntary Dismissal Without Prejudice of Defendant ACT, Inc. filed with the Court on

6  November 25, 2009. The MBE shall be administered by the State Bar of California with

7  the above accommodations pursuant to the Stipulation Regarding Dismissal Without

8  Prejudice of the State Bar of California filed with the Court on December 9, 2009.

9  NCBE shall cooperate with Plaintiff and the State Bar of California and ACT to

10  facilitate the set up of the equipment prior to the day of the testing.

11  Plaintiff shall post an additional bond in the amount of $5,000 to be filed with the

12  Clerk of the Court by _____, 2010, and deposited into the registry of

13  the Court.

14  The terms of this preliminary injunction shall also apply to any other

15  administrations of the MPRE and MBE that Plaintiff needs to take prior to trial in this

16  matter.  For any such future examinations, Plaintiff as a condition of the preliminary

17  injunction shall post a further bond of $2,500 for each administration of the MPRE and

18  $2,500 for each administration of the MBE.

19

20  IT IS SO ORDERED.

21  Dated _____, 2010

22

23

24  _____

25  Charles R. Breyer
   United States District Court Judge

26

27

28

*Enyart v. National Conference of Bar Examiners, Inc.,* **Case No.: C 09-05191 CRB**
**SECOND AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

2