# EXHIBIT L

# Brenner, Wendy

| | |
|---|---|
| **From:** | Brenner, Wendy |
| **Sent:** | Thursday, December 09, 2010 9:26 AM |
| **To:** | 'Anna Levine' |
| **Subject:** | RE: Enyart: Proposal for Third Preliminary Injunction |

Hi Anna –

I will call you later today to discuss. I am sure, however, that these terms will not be acceptable to NCBE. NCBE is not willing to permit Ms. Enyart to use her own computer for the exam for a variety of reasons.

It sounds like Dan tried to convey our position on the stipulated injunction, but that the terms might not have been communicated precisely. To be clear, NCBE is willing to stipulate to an injunction for the February bar, provided:

- The injunction requirements are the same as the second preliminary injunction.
- Ms. Enyart will not take the position that this stipulation moots the appeal.
- The injunction will be contingent on the fact that no ruling is received from the Ninth Circuit prior to the test date. If the Ninth Circuit rules before the February bar date, then the stipulated injunction goes away.

Wendy Brenner
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: (650) 843-5371 • Fax: (650) 849-7400

**From:** Anna Levine [mailto:alevine@dralegal.org]
**Sent:** Wednesday, December 08, 2010 4:20 PM
**To:** Brenner, Wendy
**Subject:** Enyart: Proposal for Third Preliminary Injunction

Dear Wendy,

Thank you for your message this afternoon. As I previously raised at the hearing on NCBE's motion for continuance last Friday, and discussed afterwards with Greg, Stephanie would like this third preliminary injunction to address technological problems that arose at the July and August 2010 test administrations. Attached is a proposal aimed at addressing those problems.

I understand from Dan Goldstein that NCBE, in turn, would like any stipulated preliminary injunction to include (1) an agreement that the stipulated injunction will not be used as evidence of their liability and (2) a provision that their agreement is void if the Ninth Circuit issues a decision before the February test administration.

To address (1), I have inserted a paragraph at the end of the attached document, borrowing from language that we included, at NCBE's request, in the cover letter filed with the stipulated terms for the second preliminary injunction order. We would be glad to hear your suggestions regarding (2).

I will be available by telephone all day tomorrow, and look forward to talking with you about this.
Sincerely,

Anna

1

Anna Levine, Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204

510 665 8644 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.