# EXHIBIT N

## Brenner, Wendy

**From:** Anna Levine [alevine@dralegal.org]
**Sent:** Thursday, December 09, 2010 2:29 PM
**To:** Brenner, Wendy
**Subject:** RE: Enyart: Proposal for Third Preliminary Injunction

Thanks, Wendy.

A additional thought: if NCBE is to provide the laptop and load the software, it might further help avoid the technological issues that have occurred in the past to load the versions that Stephanie currently uses. Stephanie currently uses Word 2003, Windows XP, ZoomText 9.18.9.135 and JAWS 11.01467.

Anna Levine, Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204

510 665 8644 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.

-----Original Message-----
**From:** Brenner, Wendy [mailto:BRENNERWJ@cooley.com]
**Sent:** Thursday, December 09, 2010 2:26 PM
**To:** Anna Levine
**Subject:** RE: Enyart: Proposal for Third Preliminary Injunction

Hi Anna – Thanks for the ideas. I will need to discuss these with NCBE. I will do that, and get back to you.

Wendy Brenner
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Direct: (650) 843-5371 • Fax: (650) 849-7400

**From:** Anna Levine [mailto:alevine@dralegal.org]
**Sent:** Thursday, December 09, 2010 1:48 PM
**To:** Brenner, Wendy
**Subject:** RE: Enyart: Proposal for Third Preliminary Injunction

I spoke further with Stephanie. She is willing to use NCBE's computer, provided she has adequate time and support beforehand to ensure that the software is working and everything is set up, so that she does not need to deal with technological issues in the middle of the examination week.

1

An alternative proposal that would address her concerns is that we largely keep to the terms of the second preliminary injunction, but extend the time and support for set up prior to the examination:

- NCBE makes its laptop available on Thursday, February 17, 2011 for inspection by Stephanie and a tech person of Stephanie's choice to make certain that the software is loaded in such a way that it works (that is, we get the computer to read something). Someone is available who has administrative privileges to alter programs on the laptop, if necessary.
- NCBE makes its laptop available once again on Monday, February 21, 2011, for Stephanie to set up her peripherals at the same time that she sets up the peripherals for her own laptop that she will use for the written portion of the exam. From that time forward until Stephanie takes the MBE portion of the exam (on Saturday and Sunday, February 26 and 27, 2011) the NCBE laptop would remain set up with the peripherals. That is, there would be two laptops set up in the guarded examination room, and the desk with the laptop for the MBE would basically be moved into position at the end of the written exam and prior to the MBE portion of the exam.

Anna Levine, Staff Attorney
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204

510 665 8644 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.

for promoting, marketing or recommending to another party any transaction or matter addressed herein

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

2