# EXHIBIT S

## Brenner, Wendy

| | |
|---|---|
| **From:** | Anna Levine [alevine@dralegal.org] |
| **Sent:** | Wednesday, December 29, 2010 3:51 PM |
| **To:** | Brenner, Wendy; Larry Paradis |
| **Subject:** | Enyart v. NCBE |
| **Attachments:** | letter.to.brenner.re-software.12-29-10.FINAL.doc |

Dear Wendy,

Please see the attached letter regarding the software requested.

Sincerely,

Anna Levine



**DRA**
DISABILITY RIGHTS ADVOCATES
A non-profit corporation

2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe LLP*
Leslie Aoyama
*Nordstrom Inc.*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein, Demchak, Baller, Borgen & Dardarian*
Benjamin Foss
*Intel Corporation*
Lucy Lee Helm
*Starbucks Coffee Company*
Pat Kirkpatrick
*Fundraising Consultant*
Joshua Konecky
*Schneider Wallace Cottrell Brayton Konecky LLP*
Janice L. Lehrer-Stein
*Consultant*
Bonnie Lewkowicz
*Access Northern California*
Jessica Lorenz
*Independent Living Resource Center San Francisco*
Laurence Paradis
*Disability Rights Advocates*
Eugene Alfred Pinover
*Willkie Farr & Gallagher LLP*
Cristina Rubke
*Shartsis Friese LLP*
Michael P. Stanley
*Legal Consultant*

**ATTORNEYS AND FELLOWS**
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Kevin Knestrick
*Supervising Staff Attorney*
Mary-Lee Kimber Smith
*Staff Attorney*
Anna Levine
*Staff Attorney*
Ronald Elsberry
*Staff Attorney*
Julia Pinover
*Staff Attorney*
Karla Gilbride
*Staff Attorney*
Becca Von Behren
*Staff Attorney*
Rebecca Williford
*LD Access / Ryder Foundation Fellow*
Elizabeth Leonard
*Penn Law Public Interest Fellow*
Kara Werner
*John W Carson / LD Access Fellow*

**ADVISORY BOARD**
Joseph Cotchett
*Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
*Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
*Ziffren, Britlenham & Branca*
Karen Kaplowitz
*New Ellis Group*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Roisman Henel LLP*
Guy T. Saperstein
Todd Schneider
*Schneider Wallace Cottrell Brayton Konecky LLP*
Fernando M. Torres-Gil, Ph.D.
*University of Calif. Los Angeles*
Gerald Uelmen
*Santa Clara University School of Law*

Via Email

Wendy Brenner
Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

December 29, 2010

Re:   **Enyart v. National Conference of Bar Examiners**
       **Proposed Software**

Dear Ms. Brenner,

This responds to your letter dated December 22, 2010, regarding our emailed suggestion that "it might further help avoid the technological issues that have occurred in the past to load the [software] versions that Stephanie currently uses."

Your letter states that NCBE has purchased and previously used version 10.0.1178U of the screen reading software, JAWS, and version 9.18.7.16 of the screen magnification software, ZoomText. The letter asks us to please advise if Ms. Enyart is requesting NCBE to purchase JAWS version 12. It further asks us to advise whether Ms. Enyart prefers ZoomText version 9.18.7.16 or ZoomText version 9.19.0.

Our understanding is that, unlike the older versions of JAWS and ZoomText that Stephanie uses, the newer versions that you reference do not work reliably together. The newer version of the screen reading software, JAWS, works with MAGic, screen magnification software produced by Freedom Scientific, the same company that produces JAWS. As your letter indicates that the older versions of screen reading and screen magnification software that Stephanie uses are no longer available, NCBE should instead install MAGic rather than ZoomText, as MAGic is the screen magnification software that will work with the newer versions of the screen reading software, JAWS.

Therefore, we are requesting that NCBE purchase version 12 of JAWS. Rather than installing either of the versions of ZoomText that you reference, we request that NCBE instead install the JAWS compatible version of MAGic screen magnification software currently available.

Sincerely,

/s/ Anna Levine