1   LAURENCE W. PARADIS (CA Bar No. 122336)
    lparadis@dralegal.org
2   ANNA LEVINE (CA Bar No. 227881)
    alevine@dralegal.org
3   KARLA GILBRIDE (CA BAR NO. 264118)
    kgilbride@dralegal.org
4   DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Third Floor
5   Berkeley, CA  94704
    Telephone:  (510) 665-8644
6   Facsimile:   (510) 665-8511
    TTY:          (510) 665-8716
7
    SCOTT C. LABARRE (pro hac vice admission granted)
8   LABARRE LAW OFFICES, P.C.
    1660 S. Albion Street, Ste 918
9   Denver, Colo  80222
    Telephone:  (303) 504-5979
10  Fax:           (303) 757-3640
    slabarre@labarrelaw.com
11
    DANIEL F. GOLDSTEIN (pro hac vice admission granted)
12  dfg@browngold.com
    BROWN, GOLDSTEIN & LEVY, LLP
13  120 E. Baltimore St., Suite 1700
    Baltimore, MD 21202
14  Telephone:  (410) 962-1030
    Fax:           (410) 385-0869
15

16  Attorneys for Plaintiff

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19

| STEPHANIE ENYART | Case NO. C09-05191 |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A THIRD PRELIMINARY INJUNCTION** |
| v. | Date: February 11, 2011 |
| NATIONAL CONFERENCE OF BAR EXAMINERS, | Time: 10:00 a.m.<br>Courtroom: 8 |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby withdraws her Notice of Motion and Motion for A Third Preliminary Injunction and Memorandum of Points and Authorities in Support Thereof.

Plaintiff will not be sitting for the February 2011 administration of the California Bar Examination, which includes the Multistate Bar Examination (MBE) controlled by Defendant National Conference of Bar Examiners (NCBE). She therefore withdraws her motion for a mandatory preliminary injunction requiring Defendant NCBE to provide her requested accommodations on the February 2011 administration of the MBE. Plaintiff plans instead to take the July 2011 administration of the California Bar Examination.

Respectfully Submitted,

Dated:  January 27, 2011        DISABILITY RIGHTS ADVOCATES
                                By:     /s/  Laurence Paradis

                                LABARRE LAW OFFICES, P.C.
                                By:     /s/  Scott Labarre

                                BROWN, GOLDSTEIN & LEVY, LLP
                                By:     /s/  Daniel F. Goldstein

                                Attorneys for Plaintiff

*Enyart v. National Conference of Bar Examiners, et al.,* **Case No.: C-09-05191**
**NOTICE OF WITHDRAWAL OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

1