DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (122336) (lparadis@dralegal.org)
ANNA LEVINE (227881) (alevine@dralegal.org)
KARLA GILBRIDE (264118) (kgilbride@dralegal.org)
2001 Center Street, Third Floor
Berkeley, CA 94704
Telephone:      (510) 665-8644
Facsimile:      (510) 665-8511

LABARRE LAW OFFICES, P.C.
SCOTT C. LABARRE (*pro hac vice*)
1660 S. Albion Street, Ste 918
Denver, CO 80222
Telephone:      (303) 504-5979
Facsimile:      (303) 757-3640
Email:          slabarre@labarrelaw.com

BROWN, GOLDSTEIN & LEVY, LLP
DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:      (410) 962-1030
Facsimile:      (410) 385-0869

Attorneys for Plaintiff STEPHANIE ENYART

COOLEY LLP
GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:      (650) 843-5000
Facsimile:      (650) 857-0663

FULBRIGHT & JAWORSKI L.L.P.
ROBERT A. BURGOYNE (rburgoyne@fulbright.com) (*pro hac vice*)
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Attorneys for Defendant NATIONAL CONFERENCE OF BAR
EXAMINERS

1

1210019 v3/SF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS,<br><br>    Defendant. | Case No.  C09-05191-CRB<br><br>**JOINT STIPULATION RE: PRETRIAL DEADLINES AND [~~PROPOSED~~] ORDER**<br><br>**JUDGE: HON. CHARLES R. BREYER** |

On February 11, 2011, the Court set a trial date in this matter of January 9, 2012, and ordered that "all other dates…be worked out by [the] parties" (the "Order").  (Dkt. 132.) Accordingly, the Parties, by and through their respective counsel, hereby stipulate as follows:

1.  **Non-Expert Discovery Cut-Off Date.**  The Parties hereby stipulate that the non-expert discovery cut-off date is September 6, 2011.

2.  **Expert Witness Disclosures.**  The Parties hereby stipulate that the deadline for expert witness disclosures is August 10, 2011, and the deadline for rebuttal expert witness disclosures is September 9, 2011.

3.  **Expert Discovery Cut-Off Date.**  The Parties hereby stipulate that the expert discovery cut-off date is October 10, 2011.

4.  **Deadline to Hear Pretrial Motions (Including Dispositive Motions).**  The Parties hereby stipulate that the deadline for the Court to hear all pretrial motions, including dispositive motions pursuant to FRCP 56, is November 8, 2011.  Accordingly, all such motions must be filed and served no later than October 4, 2011 pursuant to Local Rule 7-2.

5.  **Deadline for Responding to Outstanding Discovery.** The Parties hereby stipulate that, absent further agreement by the Parties, plaintiff Stephanie Enyart will respond to Defendant National Conference of Bar Examiners' previously-served First Set of Requests for

1    Production of Documents and First Set of Interrogatories on or before April 16, 2011.

2        6.   All remaining pretrial deadlines shall be calculated in accordance with applicable

3    Federal Rules of Civil Procedure, Civil Local Rules for the Northern District of California, the

4    Order, the Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the

5    Honorable Charles R. Breyer (Dkt. 133), and any future Court Orders.

6        IT IS SO STIPULATED:

7    Dated: March 23, 2011                    DISABILITY RIGHTS ADVOCATES
                                              LAURENCE W. PARADIS (122336)
8                                             KARLA GILBRIDE (264118)

9                                             /S/_____
10                                            KARLA GILBRIDE (264118)
                                              Attorneys for Plaintiff
11

12

13

14   Dated: March 23, 2011                    COOLEY LLP
                                              GREGORY C. TENHOFF (154553)
15   *I, Wendy Brenner, am the ECF User*       WENDY J. BRENNER (198608)
     *whose ID and password are being used*   LAURA A. TERLOUW (260708)
16   *to file this Joint Stipulation. In*
     *compliance with General Order 45.X.B.,*
17   *I hereby attest that Karla Gilbride has*
     *concurred in this filing.*               /S/_____
18                                            WENDY J. BRENNER (198608)
                                              Attorneys for NCBE
19

20

21

22

23

24

25

26

27

28

1

2     IT IS SO ORDERED:

3     Dated:  March 28, 2011

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

_____
CHARLES R. BREYER, JUDGE UNITED STATES
DISTRICT COURT



COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1210019 v3/SF

4

JOINT STIPULATION RE: PRETRIAL DEADLINES
& [PROPOSED]ORDER, CASE NO. C09-CV-05191