IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART, | No. C 09-05191 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NATIONAL CONFERENCE OF BAR EXAMINERS, INC., | |
| Defendant. | |

Having granted Plaintiff's motion for summary judgment, the Court hereby enters judgment for Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated: November 4, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE