1  LAURENCE W. PARADIS (CA Bar No. 122336)
   ANNA LEVINE (CA Bar No. 227881)
2  DISABILITY RIGHTS ADVOCATES
3  2001 Center Street, Fourth Floor
   Berkeley, CA 94704
4  Telephone:   (510) 665-8644
   Facsimile:   (510) 665-8511
5  Email:              general@dralegal.org

6  SCOTT C. LABARRE (pro hac vice)
   LABARRE LAW OFFICES, P.C.
7  1660 S. Albion Street, Suite 918
   Denver, CO 80222
8  Telephone:   (303) 504-5979
   Fax:         (303) 757-3640
9  slabarre@labarrelaw.com

10

11 DANIEL F. GOLDSTEIN (pro hac vice)
   BROWN, GOLDSTEIN & LEVY, LLP
12 120 E. Baltimore St., Suite 1700
   Baltimore, MD 21202
13 Telephone:   (410) 962-1030
   Fax:         (410) 385-0869
14 dfg@browngold.com

15 Attorneys for Plaintiff

16
   GREGORY C. TENHOFF (154553)(tenhoffgc@cooley.com)
17 WENDY J. BRENNER (198608) (brennerwj@cooley.com)
   LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
18 COOLEY LLP
   Five Palo Alto Square
19 3000 El Camino Real
   Palo Alto, CA 94306-2155
20 Telephone:   (650) 843-5000
21 Facsimile:   (650) 857-0663

22 ROBERT A. BURGOYNE (pro hac vice)
   FULBRIGHT & JAWORSKI L.L.P.
23 801 Pennsylvania Avenue, N.W., Suite 500
   Washington, D.C. 20004
24 Telephone: (202) 662-0200
25 Facsimile: (202) 662-4643
   (rburgoyne@fulbright.com)
26
   Attorneys for Defendant National Conference of Bar Examiners
27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DANIEL

| STEPHANIE ENYART | Case No.: C09-05191 CRB |
|---|---|
| Plaintiff, | **STIPULATED REQUEST TO ENLARGE TIME FOR FILING OF PLAINTIFF'S MOTION FOR FEES AND COSTS AND BILL OF COSTS.** |
| v. | |
| NATIONAL CONFERENCE OF BAR EXAMINERS, INC., | |
| Defendant. | |

DISABILITY RIGHTS ADVOCAT
2001 CENTER STREET, THIRD FLO
BERKELEY, CALIFORNIA 94704-12
(510) 665-8644

**I.     Action Requested**

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12 plaintiff Stephanie Enyart and defendant National Conference of Bar Examiners ("NCBE") (hereinafter, "the parties"), jointly stipulate and request an order extending by 30 days the filing deadline for Plaintiff's motion for attorneys fees and costs and bill of costs, to December 4, 2011.

**II.    Stipulation Regarding Requested Action**

IT IS HEREBY STIPULATED between and among the parties, by and through their respective counsel of record, subject to the approval of the Court, which plaintiff and defendant jointly request, as follows:

WHEREAS, on November 4, 2011, this Court entered final judgment for Plaintiff;

WHEREAS, to advance judicial economy and an expeditious resolution to the litigation, the parties wish to explore the resolution of Plaintiff's claim for attorneys' fees and costs through settlement;

WHEREAS, the parties agree that they will be unable to complete a good faith negotiation regarding Plaintiff's claim for attorneys' fees and costs within the fourteen-day period provided by Civil L.R. 54-5(a) and Fed. R. Civ. P. Rule 54(d)(2)(b);

WHEREAS, the parties have not previously requested or received any time modifications for the motion for attorneys fees and costs; and

WHEREAS, the proposed time extension will at most delay resolution of the attorneys' fees component of this case by only 16 days, but may expedite the resolution of the case by clarifying and narrowing any remaining terms of disagreement following negotiation, or by obviating the need for motion practice entirely.

//
//
//
//

---

*Enyart v. National Conference of Bar Examiners, et al.,* **Case No.: C09-05191 CRB**
**STIPULATED MOTION TO EXTEND THE FILING DEADLINE TO FILE PLAINTIFF'S MOTION FOR FEES AND COSTS.**

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The period during which the Plaintiff must file any motion for attorney's fees and costs and bill of costs shall be extended from within 14 days of entry of judgment by the Court, to within 30 days of entry of judgment by the Court. The new deadline for Plaintiff's motion for attorney's fees and bill of costs shall be December 5, 2011 (the first court day following the extension).

Respectfully Submitted,

Dated:        November 11, 2011            DISABILITY RIGHTS ADVOCATES

By:    /s/  Laurence Paradis

LABARRE LAW OFFICES, P.C.

By:    /s/  Scott Labarre

BROWN, GOLDSTEIN AND LEVY, PLLC

By:    /s/  Daniel F. Goldstein

Attorneys for Plaintiff

COOLEY LLP

By:    /s/  Gregory C. Tenhoff

Attorneys for Defendant

*Enyart v. National Conference of Bar Examiners, et al.,* **Case No.: C09-05191 CRB**
**STIPULATED MOTION TO EXTEND THE FILING DEADLINE TO FILE PLAINTIFF'S MOTION FOR FEES AND COSTS.**

2

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3

4

5  _____

6  Charles R. Breyer
   United
7  North



8

9

10

11

12

Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 *Enyart v. National Conference of Bar Examiners, et al.*, Case No.: C09-05191 CRB
**STIPULATED MOTION TO EXTEND THE FILING DEADLINE TO FILE PLAINTIFF'S MOTION FOR FEES AND COSTS.**

3