United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE ENYART,

        Plaintiff,

  v.

NATIONAL CONFERENCE OF BAR
EXAMINERS, INC.,

        Defendant.
_____/

No. C 09-05191 CRB

**ORDER RE BONDS**

    The Court hereby ORDERS that all funds for bonding held by the Clerk of the Court
be released.

    **IT IS SO ORDERED.**

Dated: November 22, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE