1  LAURENCE W. PARADIS (CA Bar No. 122336)
   ANNA LEVINE (CA Bar No. 227881)
2  DISABILITY RIGHTS ADVOCATES
3  2001 Center Street, Fourth Floor
   Berkeley, CA  94704
4  Telephone:    (510) 665-8644
   Facsimile:    (510) 665-8511
5  Email:        general@dralegal.org

6  SCOTT C. LABARRE (pro hac vice)
   LABARRE LAW OFFICES, P.C.
7  1660 S. Albion Street, Suite 918
   Denver, CO  80222
8  Telephone:    (303) 504-5979
   Fax:          (303) 757-3640
9  slabarre@labarrelaw.com

10 DANIEL F. GOLDSTEIN (pro hac vice)
   BROWN, GOLDSTEIN & LEVY, LLP
11 120 E. Baltimore St., Suite 1700
   Baltimore, MD 21202
12 Telephone:    (410) 962-1030
13 Fax:          (410) 385-0869
   dfg@browngold.com
14
   Attorneys for Plaintiff
15
16 GREGORY C. TENHOFF (154553)(tenhoffgc@cooley.com)
   WENDY J. BRENNER (198608) (brennerwj@cooley.com)
17 LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
   COOLEY LLP
18 Five Palo Alto Square
   3000 El Camino Real
19 Palo Alto, CA  94306-2155
20 Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
21
22 ROBERT A. BURGOYNE (pro hac vice)
   FULBRIGHT & JAWORSKI L.L.P.
23 801 Pennsylvania Avenue, N.W., Suite 500
   Washington, D.C. 20004
24 Telephone: (202) 662-0200
   Facsimile: (202) 662-4643
25 (rburgoyne@fulbright.com)

26 Attorneys for Defendant National Conference of Bar Examiners

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC.,<br><br>        Defendant. | Case No.: C09-05191 CRB<br><br>**STIPULATED REQUEST TO: 1) MODIFY BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS;  AND 2) ENLARGE TIME FOR COMPLETING FILING OF PLAINTIFF'S MOTION FOR FEES AND COSTS AND BILL OF COSTS**<br><br>HONORABLE CHARLES R. BRYER |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

**I.     Action Requested**

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, plaintiff Stephanie Enyart and defendant National Conference of Bar Examiners ("NCBE") (hereinafter, "the parties"), jointly stipulate and request an order: 1) modifying the briefing and hearing schedule on Plaintiff's Motion for Fees and Costs; and 2) enlarging, by one day, the time for Plaintiff to complete her filing of her Motion for Attorneys Fees and Costs and Bill of Costs.

**II.    Stipulation Regarding Requested Action**

IT IS HEREBY STIPULATED between and among the parties, by and through their respective counsel of record, subject to the approval of the Court, which plaintiff and defendant jointly request, as follows:

WHEREAS, on November 4, 2011, this Court entered final judgment for Plaintiff;

WHEREAS, Plaintiff was required to file her Motion for Attorneys' Fees and Costs and Bill of Costs on December 5, 2011, but due to technical difficulties, Plaintiff did not complete her filing until after midnight on December 5, 2011;

WHEREAS, Plaintiff's filings included certain errors that Plaintiff wishes to correct;

WHEREAS, the parties have agreed to extend the time for Plaintiff to complete the filing of Plaintiff's Motion for Fees and Costs and Plaintiff's Bill of Costs to December 6, 2011;

WHEREAS, Plaintiff wishes to file the amended documents listed below to correct errors found in the original filings.

WHEREAS, under the current briefing schedule, Defendant's opposition to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs would be due to the Court by December 19, 2011, and Plaintiff's reply to Defendant's opposition would be due to the Court by December 26, 2011;

WHEREAS, the parties have agreed to a modified briefing schedule to account for the upcoming holidays;

---

*Enyart v. National Conference of Bar Examiners, et al.,* **Case No.: C09-05191 CRB**
**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE AND ENLARGE TIME FOR COMPLETING FILING OF PL.'S MOT. FOR FEES AND BILL OF COSTS**                                  1

1  WHEREAS, this Court has previously granted a single stipulated request by the
2  parties to enlarge time for filing of Plaintiff's Motion for Reasonable Fees and Costs and
3  Plaintiff's Bill of Costs to 30 days from final entry of judgment;

4  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

5  1. The time for Plaintiff to complete the filing of Plaintiff's Motion for Attorneys
6  Fees and Costs and Plaintiff's Bill of Costs be extended by one day to Tuesday
7  December 6, 2011.

8  2. Plaintiff be permitted to file the following amended pleadings to correct errors
9  in her original filings:

- [Amended] BILL OF COSTS
- [Amended] DECLARATION OF ANNA LEVINE IN SUPPORT OF PLAINTIFF'S BILL OF COSTS, with supporting exhibits incorporating an [Amended] Exhibit B
- [Amended] PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
- [Amended] DECLARATION OF LAURENCE PARADIS IN SUPPORT OF PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS, with supporting exhibits incorporating an amended Exhibit J
- [Amended] DECLARATION OF DANIEL F. GOLDSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS, with supporting exhibits incorporating an [Amended] Exhibit B
- [Amended] DECLARATION OF SCOTT C. LABARRE IN SUPPORT OF PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS.

3. Defendant's Opposition to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs will be due no later than January 6, 2012, and Plaintiff's reply to Defendant's opposition to Plaintiff's motion will be due no later than January 20, 2012.

4. The hearing on Plaintiffs' Motion for Attorneys Fees and Costs be moved to February 10, 2012 at 10:00 a.m.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

---

*Enyart v. National Conference of Bar Examiners, et al.*, **Case No.: C09-05191 CRB**
**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE AND ENLARGE TIME FOR COMPLETING FILING OF PL.'S MOT. FOR FEES AND BILL OF COSTS**   2

|   |   |
|---|---|
| Dated: December 7, 2011 | Respectfully Submitted,<br><br>DISABILITY RIGHTS ADVOCATES<br><br>By:    /s/ Laurence Paradis<br><br>Attorneys for Plaintiff<br><br>COOLEY LLP<br><br>By:    /s/ Gregory C. Tenhoff<br><br>Attorneys for Defendant |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                    /s/
                              Laurence W. Paradis

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

December 9, 2011

                            CHARLES R. BREYER
                            **United States District Court Judge**
                            **Northern District of California**

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer)*

---

*Enyart v. National Conference of Bar Examiners, et al.,* Case No.: C09-05191 CRB
**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE AND ENLARGE TIME FOR COMPLETING FILING OF PL.'S MOT. FOR FEES AND BILL OF COSTS**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644