DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (122336) (lparadis@dralegal.org)
ANNA LEVINE (227881) (alevine@dralegal.org)
2001 Center Street, Third Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

LABARRE LAW OFFICES, P.C.
SCOTT C. LABARRE (*pro hac vice*)
1660 S. Albion Street, Ste 918
Denver, CO 80222
Telephone: (303) 504-5979
Facsimile: (303) 757-3640
Email: slabarre@labarrelaw.com

BROWN, GOLDSTEIN & LEVY, LLP
DANIEL F. GOLDSTEIN (*pro hac vice*)
dfg@browngold.com
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869

Attorneys for Plaintiff STEPHANIE ENYART

COOLEY LLP
GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

FULBRIGHT & JAWORSKI L.L.P.
ROBERT A. BURGOYNE (rburgoyne@fulbright.com) (*pro hac vice*)
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Attorneys for Defendant NATIONAL CONFERENCE OF BAR EXAMINERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS,<br><br>   Defendant. | Case No. C09-05191-CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING PAGE LIMITS** |

The parties to the above-captioned action, plaintiff Stephanie Enyart and defendant National Conference of Bar Examiners ("NCBE") (hereinafter, "the parties"), jointly stipulate and request permission to file briefs that satisfy the length requirements set forth in Rules 7.2 and 7.4 of the Civil Local Rules for the Northern District of California, as opposed to the length restrictions set forth in the Standing Order of U.S. District Court Judge Charles R. Breyer.

**STIPULATION**

IT IS HEREBY STIPULATED between and among the parties, by and through their respective counsel of record, subject to the approval of the Court, which plaintiff and defendant jointly request, as follows:

WHEREAS, on December 6, 2011, plaintiff Stephanie Enyart filed an [Amended] Notice of Motion and Motion for Reasonable Attorneys' Fees and Costs and Memorandum of Points and Authorities In Support thereof (the "Memorandum");

WHEREAS the Memorandum was 22 pages in length;

WHEREAS Rule 7.2(b) of the Civil Local Rules for the Northern District of California provides that a memorandum in support of a motion may not exceed 25 pages in length;

WHEREAS the Standing Order of U.S. District Court Judge Charles R. Breyer provides that "Briefs or Memoranda of Points and Authorities in support of, or in opposition to, any

motions filed…may not exceed **FIFTEEN** (15) pages in length …"

WHEREAS NCBE requires more than 15 pages to respond to the arguments set forth in the Memorandum;

WHEREAS the parties believe that the legal and factual issues involved in Plaintiff's motion for attorneys' fees necessitate briefs in excess of 15 pages; and

WHEREAS NCBE is prepared to forego a challenge to the length of the Memorandum, provided that it be permitted to file an opposition memorandum in excess of 15 pages;

**THE PARTIES HEREBY STIPULATE as follows:**

1. The Court may consider those pages of the Memorandum in excess of the 15 page limitation imposed by Judge Breyer's Standing Order.

2. NCBE shall be permitted to file an opposition to the Memorandum that exceeds 15 pages, and the Court may consider those pages, provided that NCBE comply with the 25 page limitation set forth in Rule 7-4 of the Civil Local Rules for the Northern District of California.

3. The parties shall otherwise comply with the requirements set forth in the Local Civil Rules and the Standing Order.

The Parties jointly request that this Court enter this Stipulation as an Order of the Court.

Respectfully submitted:

Dated: January 5, 2012
DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (122336)

/S/
LAURENCE W. PARADIS (122336)
Attorneys for Plaintiff

Dated: January 5, 2012
COOLEY LLP
WENDY J. BRENNER (198608)

/S/
WENDY J. BRENNER (198608)
Attorneys for NCBE

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

4 Dated: __January 6, 2012__ _____

5 HONORABLE CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE
6 NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*