IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ENYART,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS, INC.,<br><br>    Defendant._____/ | No. C 09-05191 CRB<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

The court hereby ORDERS that the Plaintiff's Motion for Attorneys' Fees and Costs be referred to a Magistrate Judge. Accordingly, the hearing scheduled for Friday, February 10, 2012 is VACATED.

**IT IS SO ORDERED.**

Dated: February 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE