UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Stephanie Enyart, | ) | |
| Plaintiff(s), | ) ) ) | No. C09-5191 CRB (JSC) |
| v. | ) ) | ORDER OF RECUSAL |
| National Conference of Bar Examiners, Inc., | ) ) ) | |
| Defendant(s). | ) ) | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
Jacqueline Scott Corley
United States Magistrate Judge

1